Hancock, Jr., J.
(dissenting). I would affirm for the reasons *269 stated in the opinion by Justice James H. Boomer at the Appellate Division (155 AD2d 61). The majority purports to rely on the policy considerations underlying the corroboration requirement. As I read the decision, however, its essential rationale is collateral estoppel — a doctrine that is itself based largely on policy considerations (see, Kaufman v Lilly & Co., 65 NY2d 449, 455; see also, Matter of Halyalkar v Board of Regents, 72 NY2d 261) and one which cannot apply here.
Chief Judge Wachtler and Judges Kaye, Alexander, Ti-tone and Bellacosa concur with Judge Simons; Judge Hancock, Jr., dissents and votes to affirm in a separate opinion.
Order reversed, etc.